IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-63377 |
| | ) | |
| JOSEPH J. DETWEILER | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | JUDGE RUSS KENDIG |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| VINCENT AND MARY ALICE AGUSTA | ) | ADV. PROC. NO. 09-6118 |
| 600 Dolphin Court | ) | |
| DeBary, FL 32713 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT AND LISA ALLEN | ) | |
| 100 Fawn Court | ) | |
| Davenport, FL 33837 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DANIEL AND DIANE BEAUDOIN | ) | |
| 7153 Serenoa Drive, N | ) | |
| Sarasota, FL 34241 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILLIAM AND CAROL CHARLAND | ) | |
| 10416 Kendrick Street | ) | |
| White Springs, FL 32096 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHRISTINE CLEWES | ) | |
| 5111 Championship Cup Lane | ) | |
| Spring Hill, FL 34609 | ) | |
| | ) | |
| and | ) | |

| | )|
|---|---|
| ROBERT AND MARY LOU CONSTANT | ) |
| 6086 S. Congress Avenue | ) |
| Lantana, FL 33462 | ) |
| | ) |
| and | ) |
| | ) |
| RICHARD AND MARY CZAJKA | ) |
| 4445 Bayridge Court | ) |
| Spring Hill, FL 34606 | ) |
| | ) |
| and | ) |
| | ) |
| MARVIN AND CAROL FERKINHOFF | ) |
| 8116 Maple Grove Road | ) |
| Brookville, IN 47012 | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT AND DEBORAH FRISKE | ) |
| 299 Inez Road | ) |
| Whiteside, TN 37396 | ) |
| | ) |
| and | ) |
| | ) |
| GAY GLASSMAN | ) |
| 7602 Kinnow Court | ) |
| Land O'Lakes, FL 34637 | ) |
| | ) |
| and | ) |
| | ) |
| THOMAS AND DIANA GRAHAM | ) |
| 15546 Staunton Circle | ) |
| Port Charlotte, FL 33981 | ) |
| | ) |
| and | ) |
| | ) |
| SHIRLEY HALLMAN AND THE | ) |
| ESTATE OF JOHN HALLMAN | ) |
| 1233 Hancock Circle | ) |
| St. Cloud, FL 34769 | ) |
| | ) |
| and | ) |
| | ) |
| JULIUS HARRIS AND WANDA | ) |
| CROWELL | ) |
| 5811 Summer Oak Court | ) |
| Spring, TX 77379 | ) |

|  | ) |
| --- | --- |
| and | ) |
|  | ) |
| RICHARD AND DONNA HAUSER | ) |
| 2681 Whitney Place N. | ) |
| Largo, FL 33760 | ) |
|  | ) |
| and | ) |
|  | ) |
| FRED HEARN AND ANA | ) |
| RODRIGUEZ | ) |
| 5235 Bannock Circle | ) |
| North Port, FL 34288 | ) |
|  | ) |
| and | ) |
|  | ) |
| ROBERT AND BONNIE HILL | ) |
| 3653 Thousand Oaks Drive | ) |
| Orange Park, FL 32065 | ) |
|  | ) |
| and | ) |
|  | ) |
| RYAN HOEHN AND KATIE HOEHN | ) |
| 204 Mayfield Circle | ) |
| Alpharetta, GA 30009 | ) |
|  | ) |
| and | ) |
|  | ) |
| BAELEY JAIKARAN | ) |
| 11451 S.W. 197th Street | ) |
| Miami, FL 33157 | ) |
|  | ) |
| and | ) |
|  | ) |
| WESLEY JINKS | ) |
| 395 Tom Dean Road | ) |
| Farmersville, LA 71241 | ) |
|  | ) |
| and | ) |
|  | ) |
| WILLIAM AND DIANA KING | ) |
| 3712 Fairfield Drive | ) |
| Clermont, FL 34711 | ) |
|  | ) |
| and | ) |
|  | ) |

| | |
|---|---|
| RONALD KROLL | ) |
| 56513 Branch Road | ) |
| Astor, FL 32102 | ) |
| | ) |
| and | ) |
| | ) |
| IRMGARD LISI | ) |
| 4503 Jacona Drive | ) |
| Spring Hill, FL 34607 | ) |
| | ) |
| and | ) |
| | ) |
| STAN MALECKI | ) |
| 2075 St. Martin's Drive | ) |
| E. Jacksonville, FL 32246 | ) |
| | ) |
| and | ) |
| | ) |
| SHARYN ROETTGER | ) |
| 12322 Gutely Ridge Court | ) |
| Jacksonville, FL 32225 | ) |
| | ) |
| and | ) |
| | ) |
| CHARLES AND ELLEN MCAVOY | ) |
| 563 Lakewood Drive | ) |
| Oldsmar, FL 34677 | ) |
| | ) |
| and | ) |
| | ) |
| FRANK MEIER AND MARY OLIVAS | ) |
| 10486 St. Tropez Place | ) |
| Tampa, FL 33615 | ) |
| | ) |
| and | ) |
| | ) |
| PAUL AND LANA MESCHINO | ) |
| 61 Lookout Valley Baptist Road | ) |
| Trenton, GA 30752 | ) |
| | ) |
| and | ) |
| | ) |
| JULIO AND ELIDA PEREZ | ) |
| 3050 S.E. Blackwell Drive | ) |
| Port St. Lucie, FL 34952 | ) |
| | ) |
| and | ) |
| | ) |

| | |
|---|---|
| FEDERICO PRATTS<br>5717 Eggleston Avenue<br>Orlando, FL 32810 | )<br>)<br>)<br>) |
| and | )<br>) |
| MANUEL AND FLORA REAL<br>17321 S.W. 149 Court<br>Miami, FL 33187 | )<br>)<br>)<br>) |
| and | )<br>) |
| GENE AND JOYCE RENZ<br>1413 Cambridge Drive<br>Clearwater, FL 33756 | )<br>)<br>)<br>) |
| and | )<br>) |
| ROBERT ROBERTS AND GAYNE<br>MEADOWS-ROBERTS<br>6347 Chiswick Court<br>New Port Richey, FL 34655 | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| JOSEPH AND DIANNE SCHMID<br>18 Bayview Boulevard<br>Ft. Myers Beach, FL 33931 | )<br>)<br>)<br>) |
| and | )<br>) |
| GEORGE AND SUSAN STONE<br>2295 Geneva Drive<br>Lakeland, FL 33805 | )<br>)<br>)<br>) |
| and | )<br>) |
| MICHAEL AND DEBORAH VALVO<br>7098 Tarrytown Drive<br>Spring Hill, FL 34606 | )<br>)<br>)<br>) |
| and | )<br>) |
| WILLIAM AND CONSTANCE<br>VAN DOREN<br>121 Tropic Place<br>Rockledge, FL 32955 | )<br>)<br>)<br>)<br>) |

5

| | |
|---|---|
| and | ) |
| | ) |
| ANTHONY AND DENISE VOYLES | ) |
| 11446 126th Terrace, N. | ) |
| Largo, FL 33778 | ) |
| | ) |
| and | ) |
| | ) |
| DENNIS AND CATHERINE WALTON | ) |
| 4339 Whittner Drive | ) |
| Land O'Lakes, FL 34639 | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) |
| | ) |
| JOSEPH J. DETWEILER | ) FIRST AMENDED COMPLAINT |
| 2814 Edison Street, NW | ) **DETERMINATION OF** |
| Uniontown, OH 44685 | ) **DISCHARGEABILITY OF DEBT** |
| | ) |
| Defendant | ) |

NOW COME Creditors-Plaintiffs Vincent and Mary Alice Agusta, Robert and Lisa Allen, Daniel and Diane Beaudoin, William and Carol Charland, Christine Clewes, Robert and Mary Lou Constant, Richard and Mary Czajka, Marvin and Carol Ferkinhoff, Robert and Debora Friske, Gay Glassman, Thomas and Diana Graham, John and Shirley Hallman, Julius Harris and Wanda Crowell, Richard and Donna Hauser, Fred Hearn and Ana Rodriguez, Robert and Bonne Hill, Ryan Hoehn, Baeley Jaikaran, Wesley Jinks, William and Diana King, Ronald Kroll, Irmgard Lisi, Stan Malecki and Sharyn Roettger, Charles and Ellen McAvoy, Frank Meier and Mary Olivas, Paul and Lana Meschino, Julio and Elida Perez, Federico Pratts, Manuel and Flora Real, Gene and Joyce Renz, Robert Roberts and Gayne Meadows-Roberts, Joseph and Dianne Schmid, George and Susan Stone, Michael and Deborah Valvo, William and Constance Van Doren, Anthony and Denise Voyles, and Dennis and Catherin Walton, and known for identification purposes in the underlying bankruptcy case per the Notice of Appearance (Doc. No. 14) dated August 26,

6

2009 and the Amended Notice of Appearance dated November 5, 2010 (Doc. 152) and hereinafter referred to collectively as the Sequatchie Mountain Creditors, and for their first amended adversary complaint against Debtor Joseph J. Detweiler state as follows[1]:

## JURISDICTION AND VENUE

1. Jurisdiction and venue herein are predicated upon the provisions of 28 U.S.C. §1334 and 28 U.S.C. §157 and the claims set forth herein are core proceedings within the meaning of the United States Bankruptcy Code and the claims set forth under 11 U.S.C. §§523(a)(2)(A), (4) and (6).

2. This case was commenced with the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code by the Debtor Joseph J. Detweiler ("Defendant") on August 17, 2009.

## PARTIES

3. Plaintiffs are residents of various states of the United States of America.

4. Defendant Joseph J. Detweiler ("Detweiler") is a resident of the State of Ohio and resides at 13036 Market Avenue N., Hartville, Ohio 44632.

5. Detweiler is the 100% shareholder of J.J. Detweiler Enterprises, Inc. ("JJDE"). JJDE is an Ohio corporation authorized to conduct business in the State of Tennessee. JJDE filed a voluntary petition under Chapter 11 of Title 11 of the United States Code on June 18, 2009, under Case Number 09-62472 in the United States Bankruptcy Court, Northern District of Ohio, Eastern Division.

6. Detweiler holds 100% of the ownership interest of Sequatchie Mountain, LLC ("Sequatchie Mountain"). Sequatchie Mountain is an Ohio limited liability company

---

[1] Creditors Donald and Patricia Bird, Gerald and Cathy Brown, Howard and Zana Ennis, Ashley Harden, Greg and Linda Harlow, Joseph and Teresa Kohan, Roger and Sharon Pearson and Anthony and Nancy Sadler have withdrawn their claims against Debtor Joseph J. Detweiler.

7

authorized to conduct business in the State of Tennessee. Sequatchie Mountain filed a voluntary petition under Chapter 11 of Title 11 of the United States Code on June 18, 2009, under Case Number 09-62470 in the United States Bankruptcy Court, Northern District of Ohio, Eastern Division.

7. The bankruptcy cases of JJDE and Sequatchie Mountain are being jointly administered under the caption of In re: Northeastern Real Properties, Ltd. under Case No. 09-62467 pursuant to an Order dated June 24, 2009.

## STATEMENT OF FACTS

8. Beginning in 2006, Detweiler caused certain real property located in Marion County, Tennessee to be transferred from JJDE to Sequatchie Mountain. Following the transfer of said property, Detweiler through his company Sequatchie Mountain began marketing said property as Sequatchie Pointe.

9. Beginning in 2006, Detweiler took steps to obtain the approval for the development, for the construction of roads, and provision of water service, of the Marion County Planning Commission, the Marion County Road Superintendent and the Marion County Health Department. Upon information and belief, Detweiler never obtained final approval of any of the above agencies.

10. Nevertheless, Detweiler began marketing Sequatchie Pointe through "home parties" and by offering "mini vacations" pursuant to Internet advertising such as http://youtube.com/watch?v=tAREMZFWTCM. Detweiler specifically marketed Sequatchie Pointe to the Florida elderly by promoting the fact that the State of Tennessee enjoys no income tax, has no hurricanes and that Sequatchie Pointe is accessible by water through the Gulf of Mexico. Detweiler also represented that there would be a clubhouse, swimming pool, and riding trails as well as an equestrian center.

8

11. Detweiler offered lots at Sequatchie Pointe for sale through cash and seller financed deeds of trust.

12. During the solicitation and advertising process, Detweiler represented that prospective purchasers would retain the timber rights to lots purchased and that there were no restrictions on the selection of contractors or the construction of homes.

13. During the closing process, Detweiler failed to provide Plaintiffs with disclosures or restrictions upon purchased property until after the property was sold and payment was made in violation of T.C.A. § 66-5-201 and T.C.A. § 62-13-401. Detweiler also failed to present or have signed a "Notice and Acknowledgement with respect to Owner's Title Insurance" as required by Tennessee State Law.

14. As a result of Detweiler's representations, he induced the Plaintiffs herein to purchase property at Sequatchie Pointe.

15. Following purchase, Plaintiffs discovered that Detweiler did not convey the timber rights, did not provide warranty deeds or instead conveyed warranty deeds for parcels other than that purchased.

16. Plaintiffs also discovered that Detweiler failed to procure a release of lien from ArborOne Bank.

17. Plaintiffs also discovered that Detweiler failed to disclose restrictions on building size. For instance, Plaintiffs Mr. and Mrs. August purchased 9.46 acres yet were never advised that they could only place a house with 2 bedrooms on said acreage.

18. On January 28, 2009 Plaintiffs filed a class action lawsuit captioned *Donald Bird, et al. v. Sequatchie Mountain, LLC, et al.* 12th Judicial District of Tennessee Chancery Court of Marion County Case No. 7355 ("Complaint"). Following the filing of a Second Amended Complaint to add additional plaintiffs, named defendants in this action

9

were Sequatchie Mountain, LLC, J.J. Detweiler Enterprises, Inc., Joe J. Detweiler, Cheryl S. McDonald, Bradley L. Watson, Dan Graber, John Barrack, Darryl Smith, Matt Sliger, Reliance Title Agency, Inc., and Sequatchie Pointe Realty, LLC. A copy of the Second Amended Complaint is attached hereto and incorporated herein as Exhibit A.

### COUNT ONE: NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(2)(A)

19. Plaintiff incorporates paragraphs 1 through 18 above, as if fully rewritten herein.

20. Detweiler knew or should have known that he and his companies could not convey good title, that there was no water, that there was no clubhouse, that there was not title insurance; that the property was not conveyed by warranty deed, that there was no release of the Arbor One lien; that there were no utilities, that the roads did not comply with the road superintendant's requirements, that the final plat had not been approved, and that many of the lots did not pass the soil percolation requirements resulting in strict limitations on construction. Nevertheless, Detweiler sold lots at Sequatchie Pointe to the Plaintiffs herein.

21. Detweiler knew that his statements and representations were false at the time they were made or failed to exercise reasonable care in ascertaining the truth of these statements. Detweiler's representations were false or were made with gross recklessness as to the truth. Furthermore, Detweiler knew that his statements and representations would induce and influence the Plaintiffs to give him money for the property.

22. The Plaintiffs relied upon Detweiler's representations and were mislead by the concealment of facts.

23. The fraudulent acts, misrepresentations and concealment of facts of Detweiler were made maliciously and with reckless disregard of the consequences.

24. As a direct and proximate cause of Detweiler's conduct, Plaintiffs were damaged in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial.

25. Plaintiff is therefore entitled to a non-dischargeable judgment against Detweiler pursuant to 11 U.S.C. § 523(a)(2)(A), in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial.

## COUNT TWO: NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(4)

26. Plaintiff incorporates paragraphs 1 through 25 above, as if fully rewritten herein.

27. Detweiler conspired with the other defendants in the State Court litigation regarding the foregoing allegations.

28. The foregoing allegations were committed by Detweiler, JJDE and/or Sequatchie Mountain under the guise and direction of Detweiler.

29. Detweiler's conduct in using his control of JJDE and Sequatchie Mountain to obtain money and/or property through embezzlement or larceny while in a fiduciary capacity is nondischargeable under 11 U.S.C. § 523(a)(4).

30. As a proximate cause of Detweiler's conduct, Plaintiffs are damaged in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial.

31. Plaintiff is therefore entitled to a non-dischargeable judgment against Defendant pursuant to 11 U.S.C. § 523(a)(4), in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial.

## COUNT THREE: NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(A)(6)

32. Plaintiff incorporates paragraphs 1 through 31 above, as if fully rewritten herein.

33. Detweiler's aforesaid conduct was/is willful and malicious under 11 U.S.C. § 523(a)(6), with the intent to injure Plaintiff or with conscious disregard for Detweiler's, duties to Plaintiff's rights without just cause or excuse and did cause Plaintiff's injury.

34. As a proximate cause of Defendant's conduct, Plaintiff was damaged in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial.

35. Plaintiff is therefore entitled to a non-dischargeable judgment against Defendant pursuant to 11 U.S.C. § 523(a)(6), in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial.

WHEREFORE, the Sequatchie Mountain Creditors, by and through counsel, respectfully requests a judgment of nondischargeability against Defendant Joseph J. Detweiler in the amount of Thirteen Million Five Hundred Thousand Dollars ($13,500,000.00) or an amount to be proved at trial and for such other and further relief as this Court deems proper.

Dated: October 3, 2012                     Respectfully submitted,

/s/ *Peter G. Tsarnas*
Marc P. Gertz, #0003808
Peter G. Tsarnas, #0076934
James R. Russell, Jr., #0075499
Goldman & Rosen, Ltd.
11 South Forge Street
Akron, OH 44304
(330) 376-8336 – Telephone
(330) 376-2522 – Fax
ptsarnas@goldman-rosen.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed and electronically transmitted on the 3rd day of October, 2012 to the following:

Anthony J. DeGirolamo (ajdlaw@sbcglobal.net)

Scott M. Zurakowski (szurakowski@kwgd.com)

United States Trustee

                                        /s/ Peter G. Tsarnas
                                        PETER G. TSARNAS, #0076934
                                        *Attorney for Plaintiffs*